No. 86–5310.   ROBERTS v. MISSOURI.   Sup. Ct. Mo.; and

No. 86–5482.   MARLOWE v. KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.   Reported below: No. 86–5310, 709 S. W. 2d 857; No. 86–5482, 709 S. W. 2d 424.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–5499.   REIDT v. UNITED STATES.   C. A. 9th Cir. Certiorari before judgment denied.

## NOVEMBER 10, 1986

No. 86–424.   STICH v. STICH.   Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5537.   FERRIS v. CALIFORNIA.   Appeal from Ct. App. Cal., 6th App. Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5593.   NICHOLAS v. UNITED STATES.   Appeal from C. A. 1st Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5559.   BUTLER v. TEXAS.   Appeal from Ct. App. Tex., 3d Dist., dismissed for want of substantial federal question.

No. — – ——.   MECHANICAL TECHNOLOGY, INC. v. RYDER TRUCK LINES, INC.   Motion of respondent Ryder Truck Lines, Inc., to direct the Clerk not to file the petition for writ of certiorari for failure to comply with Rule 33.7 denied.

No. A–283.   SYKES v. VAN DE WATER ET AL.   C. A. 9th Cir. Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.